# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF313
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41353 | $99,022.51 | 9/16/2024 | INV1345670 | 7/15/2024 | $99,022.51 |
| | | $0.00 | 10/23/2024 | INV1355666 | 8/31/2024 | $18,523.03 |
| **Total Transfers** | **2** | **$99,022.51** | | | | **$117,545.54** |